

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00330-CV

| | | |
|---|---|---|
| ALLISON PUBLICATIONS, LLC, Appellant and Appellee | § | On Appeal from the 431st District Court |
| | § | of Denton County (21-4755-431) |
| V. | § | August 18, 2022 |
| JANE DOE, Appellee and Appellant | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings to include giving Jane Doe the opportunity to provide any facts necessary to establish the court's jurisdiction to decide her TCPA motion.

It is further ordered that appellee/appellant Jane Doe shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker